*Below is a summary of my complaint against the Fayette County School System.*

In March 2018, I completed the application process with the Fayette County Public Schools System to be a substitute teacher. As required, I had a background check, fingerprints, and a physical exam done. I met with Kiyon Massey and Tanea Allen, Human Resources staff from the Fayette County Public Schools. The meeting went well. I shared with Ms. Massey that the Kentucky School for the Deaf (KSD) allows individuals who do not know sign language to serve as substitutes with the aid of an interpreter. Fayette County Public Schools should be willing to do a similar thing. I noted that it would be good for hearing students to see how a deaf individual could work with an ASL interpreter to be an effective substitute teacher. They seemed very open to me being a substitute teacher and advised that I should complete the "Substitute Quick Start Guide for Aesop."

While filling out the quick start guide for Aesop, I had to contact Ms. Massey several times for assistance. It was very difficult to get a hold of her. After two months, we finally spoke over the phone and she indicated that she had removed my name from the Aesop system. She explained that I could not teach hearing students because it would be too costly and too impractical to get an ASL Interpreter on such short notice. But the need for a substitute is not always due to an unexpected illness or family emergency. Ms. Allen had shown me that Fayette County Public Schools often knows well in advance – often weeks or months ahead of time- of a teacher's absence. In these cases, there is more than enough time to provide an ASL Interpreter.

Show email notes from Ms. Massey were she says "We are not going to give you the accommodation that we agreed to give you". Because they refused to provide accommodations to do my job, give me the job. They hired me to do.

I meet or exceed all of the other requirements to be a substitute teacher. I have a college degree and I had a professional teaching license from 1996-1999. I taught ASL in a hearing classroom for two years. In total, I have taught hearing students in schools, universities, and adult education for thirty years. In that time, I have never had any problems having an ASL interpreter provided when needed.

I believe, therefore, the failure of Fayette County Public Schools to make this reasonable accommodation of my disability is a clear violation of Title I of the Americans with Disabilities Act (ADA) of 1990, as amended.

Any guidance or assistance you might provide is greatly appreciated. Thank you for your time and consideration of my request.

Sincerely,

Arlene Hoffman

Eastern District of Kentucky
**FILED**

DEC 0 4 2018

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT